# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **JUDGMENT IN A CRIMINAL CASE** |
| | § | (For Revocation of Probation or Supervised Release) |
| **v.** | § | |
| | § | Case Number: **4:16-00310-01-CR-W-RK** |
| | § | |
| **JONATHAN JASON MCCLARIN** | § | USM Number: **10543-059** |
| | § | **Allison McKinsey English, AFPD** |
| | § | Defendant's Attorney |

☒ The defendant stipulates to violating the mandatory and standard conditions of supervision. The defendant is adjudicated guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| Standard | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |
| Mandatory | The defendant shall refrain from any unlawful use of a controlled substance. |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | | |
|---|---|---|
| Defendant's Soc. Sec. No.: | XXX-XX-4231 | Date of Imposition of Sentence: September 13, 2017 |
| Defendant's Date of Birth: | 10/18/85 | |
| Defendant's Mailing Address: | c/o U.S. Marshal's Service | /s/ Roseann A. Ketchmark |
| | 400 E. 9th Street, | ROSEANN A. KETCHMARK |
| | Kansas City, MO 64106 | U.S. DISTRICT JUDGE |
| Defendant's Residence Address: | Same | September 14, 2017 |

DEFENDANT:        Jonathan Jason McClarin
CASE NUMBER:      4:16-00310-01-CR-W-RK

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **24 MONTHS.**

## NO SUPERVISED RELEASE TO FOLLOW.

☒   The defendant is remanded to the custody of the U.S. Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

_____
U.S. MARSHAL

_____
DEPUTY U.S. MARSHAL